UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NORMAN MEDLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:06CV160 CDP |
| MARK MCCLINDON, et al., | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for joinder. The motion does not contain a certificate of service and therefore does not comply with Rule 5 of the Federal Rules of Civil Procedure. I will direct the Clerk of the Court to docket this motion, but all future filings must contain a proper certificate of service or they will be returned to plaintiff.

In his motion, plaintiff seeks to join additional parties as defendants because "these officers are claiming to have been on duty and were acting within the scope of their employment." However, plaintiff's motion contains no specific allegations against any of these parties and is not accompanied by a proposed amended complaint. For these reasons, plaintiff's motion for joinder will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall file and docket plaintiff's motion for joinder.

**IT IS FURTHER ORDERED** that plaintiff's motion for joinder is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2007.