UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NORMAN MEDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06CV160 CDP |
| ) | |
| MARK MCCLINDON, et al., ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for leave to amend his complaint. The motion will be denied because it contains no specific allegations against any of the parties plaintiff is attempting to join in the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to amend his complaint is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of April, 2007.