UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| NORMAN MEDLEY, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 1:06CV160 CDP |
| MARK MCCLINDON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to obtain a copy of Cassidy Bowles' deposition without cost. Defendants have attached portions of Bowles' deposition -- as well as portions of plaintiff's deposition -- taken in this case in support of their motion for summary judgment. I need the full testimony of these witnesses to rule on summary judgment, so I will order defendants to supplement their motion for summary judgment with complete transcripts (preferably condensed versions) of the deposition testimony of Cassidy Bowles and the plaintiff. Because defendants are required to serve plaintiff with complete copies of the deposition testimony filed with the Court, I will deny plaintiff's motion as moot.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall supplement their motion for summary judgment by filing with the Court complete transcripts of the

deposition testimony of Cassidy Bowles and plaintiff by no later than **July 5, 2007. Failure to comply with this Order will result in the denial of defendants' motion for summary judgment.**

**IT IS FURTHER ORDERED** that plaintiff's motion to receive a copy of the deposition of Cassidy Bowles without cost [#37] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2007.