UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| NORMAN MEDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:06CV160 CDP |
| | ) | |
| MARK MCCLINDON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on my review of the file. Two Orders dated February 19, 2008 [#46 and #47] sent by this Court to plaintiff were returned as undeliverable. Upon investigation, the Court discovered that plaintiff is now incarcerated at USP Marion in Marion, Illinois. In the interests of justice, I will order the Clerk of the Court to update plaintiff's address on the docket sheet and send copies of both Orders [#46 and #47] to plaintiff at Marion. I remind plaintiff, however, that it is his responsibility to keep the Court informed of any changes of address, and he could be subject to sanctions, including the dismissal of his case, if he refuses to comply with this requirement in the future.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall update plaintiff's address of record on the docket sheet as follows: Norman Medley, Reg. # 32499-044, USP Marion, P.O. Box 1000, Marion, IL  62959**.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send copies of the Orders dated February 19, 2008 [#46 and #47] to plaintiff at his new address of record.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2008.