UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NORMAN MEDLEY, ) ) Plaintiff, ) ) vs. ) ) MARK MCCLINDON, et al., ) ) Defendants. ) | Case No. 1:06CV160 CDP |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that plaintiff's motions for issuance of trial subpoenas [#68-#70] are granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the trial subpoenas as requested by plaintiff. With respect to the trial subpoena for the custodian of records for the Missouri State Highway Patrol [#68], **counsel for defendant Mark McClindon shall provide the Clerk of the Court with the proper service information no later than July 7, 2008.**

**IT IS FURTHER ORDERED** that **the United States Marshal Service shall serve the trial subpoenas without cost to plaintiff no later than July 29, 2008.**

                                                         _____
                                                         CATHERINE D. PERRY
                                                         UNITED STATES DISTRICT JUDGE

Dated this 2nd day of July, 2008.