UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

NORMAN MEDLEY, )
)
    Plaintiff, )
)
vs. ) Case No. 1:06CV160 CDP
)
MARK MCCLINDON, et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

Without objection by defendants,

**IT IS HEREBY ORDERED** that plaintiff's motion for issuance of a trial

subpoena to Jeffrey Rosanswank [#77] is granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the trial

subpoena to Jeffrey J. Rosanswank, Jeffrey J. Rosanswank, LLC, 221 Independence,

P.O. Box 2013, Cape Girardeau, Missouri 63702-2013, phone number 573-339-

1529.

**IT IS FURTHER ORDERED** that **the United States Marshal Service**

**shall serve the trial subpoena without cost to plaintiff no later than August 4,**

**2008.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2008.